UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
DANIEL SZAROLETA,

                Plaintiff,

                                                    RULE 7.1 STATEMENT

  -against-

                                                    07 Civ. 7639 (DC)


METRO-NORTH COMMUTER RAILROAD,

                Defendant.
---------------------------------------------------------X

METRO-NORTH COMMUTER RAILROAD ("METRO-NORTH") is a public benefit corporation. (See N.Y. Pub. Auth. L. §§1260, et seq. (McKinney 1982 & Supp. 1992).)

Accordingly, Rule 7.1 does not apply to Metro-North.


Dated: New York, New York         RICHARD K. BERNARD
       September 27, 2007          GENERAL COUNSEL

                                        BY:___S/_____
                                        Ioana Wenchell - IW/4775
                                        Attorneys for Defendant
                                        347 Madison Avenue
                                        New York, New York  10017
                                        212-340-2203