UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
DANIEL SZAROLETA,                    :    07 CIV. 7639 (DLC)
                    Plaintiff,       :
                                          PRETRIAL
            -v-                      :    SCHEDULING ORDER

METRO-NORTH COMMUTER RAILROAD,       :    USDC SDNY
                                          DOCUMENT
                    Defendant.       :    ELECTRONICALLY FILED
-------------------------------------X    DOC #: _____
                                          DATE FILED: 10/31/07
DENISE COTE, District Judge:

    As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on October 31, 2007, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. No additional parties may be joined or pleadings amended after **November 9, 2007.**

2. All fact discovery must be completed by **December 14, 2007.**

3. The parties are instructed to contact the chambers of Magistrate Judge Kevin N. Fox prior to **January 25, 2008** in order to pursue settlement discussions under his supervision.

4. The parties' identification of experts and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed.R.Civ.P., must occur by **February 29, 2008.**

5. All expert discovery must be completed by **March 21, 2008.**

6. The Joint Pretrial Order must be filed by **April 18, 2008.**

    As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

Dated:   New York, New York
         October 31, 2007

                                   _____
                                          DENISE COTE
                                   United States District Judge