ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DANIEL SZAROLETA,                         :

            Plaintiff,          :

            -against-           :

METRO-NORTH COMMUTER RAILROAD,    :

           Defendant.          :

------------------------------------------------------------X

```
+--------------------------------+
| USDC SDNY                      |
| DOCUMENT                       |
| ELECTRONICALLY FILED           |
| DOC #: _____         |
| DATE FILED:  11/05/07          |
+--------------------------------+
```

ORDER
07 Civ. 7639 (DLC)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that:

    (1)    a settlement conference shall be held in the above-captioned action on January 15, 2008, at 2:30 p.m., in courtroom 20A, 500 Pearl St., New York, New York;

    (2)    the parties shall review the Settlement Procedures under which the conference will be conducted, in particular the attendance and pre-conference submission requirements specified in paragraphs three and six of the Procedures. The Settlement Procedures may be accessed on the Court's website at:

    **http://www1.nysd.uscourts.gov/judge_info.php?id=63**; and

    (3)    at least seven days prior to the above-noted settlement conference, the parties shall confer, in person or by telephone, to engage in good-faith settlement negotiations. Should the parties resolve the litigation prior to the settlement conference, the parties shall notify the undersigned, in writing, expeditiously.

Dated: New York, New York
       November 2, 2007

SO ORDERED:

_Kevin Nathaniel Fox_

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE