347 Madison Avenue  
New York, NY 10017-3739  
212 340-3000

Peter A. Cannito  
President

**MEMO ENDORSED**

 Metro-North Railroad

JAN 14 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED.  1/14/08
```

January 14, 2008

VIA FAX 212-805-6712  
Magistrate Judge Kevin N. Fox  
United States District Court  
Southern District of New York  
40 Foley Square - Room 540  
New York, New York 10007

Re: Daniel Szaroleta v. Metro-North Commuter Railroad – 07 CV 7639 (DLC)(KNF)

Dear Magistrate Fox:

I represent the defendant, Metro-North Commuter Railroad, in the above referenced matter. The attorney assigned to this matter is currently on maternity leave and I noticed that there is a settlement conference currently scheduled for January 15, 2008. The plaintiff's deposition was recently done on December 13, 2007. However, the defense medical examination has yet to be scheduled. The defendant cannot proceed with the settlement conference without an evaluation of the plaintiff's medical condition and its cause. Accordingly, the defendant respectfully requests a forty-five (45) day adjournment of the settlement conference. At that time, the parties will be in a better position to discuss settlement. Plaintiff's counsel, Marc Wietzke, Esq., is currently in my office on another matter and has consented to the request. This is the first request for an adjournment of the settlement conference.

Thank you for your consideration.

Yours truly,

José R. Rios  
Special Counsel  
212-340-2537  
cc: Marc Wietzke, Esq. – by hand

1/14/08  
Application granted. The settlement conference previously scheduled for January 15, 2008, will be held on March 4, 2008, at 10:45 a.m.  
SO ORDERED:  
Kevin Nathaniel Fox  
KEVIN NATHANIEL FOX, U.S.M.J.

MTA Metro-North Railroad is an agency of the Metropolitan Transportation Authority, State of New York  
Peter S. Kalikow, Chairman