```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - :
Daniel Szahleta
         Plaintiff(s)              :     CONSENT TO PROCEED BEFORE
                                         UNITED STATES MAGISTRATE JUDGE
  - against -                      :
                                         07 civ. 7639 (DC) (KNK)
Metro-North Commuter Railroad      :
         Defendant(s)              :
- - - - - - - - - - - - - - - - - - :

IT IS HEREBY STIPULATED by the undersigned:

   1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

   2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

_____       _____
Attorney(s) for Plaintiff(s)          Attorney(s) for Defendant(s)
Address                               Address
Telephone                             Telephone


_____       _____
Attorney(s) for _____         Attorney(s) for _____
Address                               Address
Telephone                             Telephone

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b)).

SO ORDERED.


_____ U.S.D.J.
May 12, 2008

Magistrate Judge _____ was assigned this case on _____ 19___.

For: Clerk U.S.D.C. S.D.N.Y.