UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DANIEL SZAROLETA,                                     :

                Plaintiff,                  :

       -against-                                        :

METRO-NORTH COMMUTER RAILROAD,     :

                Defendant.                  :
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/16/08
```

**ORDER**
07 Civ. 7639 (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

     IT IS HEREBY ORDERED that a final pretrial conference shall be held in the above-captioned action on May 27, 2008, at 4:00 p.m., in courtroom 20A, 500 Pearl Street, New York, New York.

Dated: New York, New York
       May 15, 2008

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE