```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 5/28/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DANIEL SZAROLETA,                              :

            Plaintiff,                 :        ORDER

          -against-                      :        07 Civ. 7639 (KNF)

METRO-NORTH COMMUTER RAILROAD,                 :

            Defendant.                 :
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A pretrial conference was held with counsel to the respective parties on May 27, 2008. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. on or before June 10, 2008, the parties shall submit such information to the Court as will permit the Court to fulfill the gatekeeping obligation imposed upon it by Daubert v. Merrill Dow Pharmaceuticals, Inc., 509 U.S. 579, 113 S. Ct. 2786 (1983);

2. the trial of this action shall commence on July 21, 2008, at 10:00 a.m., in Courtroom 20A, 500 Pearl Street, New York, New York;

3. on or before July 8, 2008, the parties shall submit to the Court their pre-marked exhibits; and

4.    on or before July 8, 2008, the parties shall submit to the Court a proposed verdict form.

Dated: New York, New York  
       May 28, 2006

SO ORDERED:

_____  
KEVIN NATHANIEL FOX  
UNITED STATES MAGISTRATE JUDGE