Case 1:07-cv-07639-KNF   Document 26   Filed 07/29/2008   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7/29/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DANIEL SZAROLETA,

          Plaintiff,                         07 CIVIL 7639 (KNF)

    -against-                           **JUDGMENT**

METRO-NORTH COMMUTER RAILROAD,
          Defendant.                     # 08,1349
------------------------------------------------------------X

      A Jury Trial before the Honorable Kevin Nathaniel Fox, United States Magistrate Judge, having begun on July 21, 2008, and at the conclusion of the trial, on July 25, 2008, the jury having rendered a verdict in favor of the plaintiff in the amount of $81,750.00, it is,

      **ORDERED, ADJUDGED AND DECREED:** That the plaintiff have judgment in the sum of $81,750.00 as against the defendant.

DATED: New York, New York
            July 29, 2008

                                                    **J. MICHAEL McMAHON**
So Ordered:                                                Clerk of Court

*Kevin Nathaniel Fox*                      BY:   _____
    U.S.M.J.                                                    Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

Exh. A

## CIVIL MEMORANDUM TO DOCKET CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DANIEL SZAROLETA,                              :

       Plaintiff,                             :

    -against-                                     :    07 Civ. 7639 (KNF)

METRO-NORTH COMMUTER RAILROAD,   :    **KEVIN NATHANIEL FOX**
                                                          U.S.M.J

       Defendant.                            :
------------------------------------------------------------X

July 28, 2008:

     Jury trial commenced on July 21, 2008; trial proceedings continued on July 22, 23, 24 and 25, 2008. Plaintiff's attorney Marc Wietzke present. Defendant's attorneys José Rios and Ioana Wenchell present. Court reporters Tom Murray and Joanne Nancari present. The jury found the defendant liable, pursuant to the Federal Employer's Liability Act, and returned a unanimous verdict in favor of the plaintiff, in the amount of $81,750.00.

*[signature]* 07/28/08

Submitted by Edward Pekarek
Law Clerk to the Hon. Kevin Nathaniel Fox